UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

DIRECTTV, INC., a California
corporation,

    Plaintiff,

    v.          Case No. 03-C-478

ANTHONY CORALLINI, DAVE HEIM,
GORDON JOHNSON, ROGER KAHN,
RANDY KLAPPER, SCOTT KOPP,
MIKE KUJAWA, DARRIN GARRISON,
VICKIE D. MEYER, MIKE DARRACOTT,

    Defendants.[1]

_____

O R D E R

  In accordance with the court's October 15, 2003 order to sever claims under Fed. R. Civ. P. 21, IT IS ORDERED that defendants Dave Heim, Roger Kahn, Randy Klapper, Scott Kopp, Darrin Garrison, and Mike Darracott be and the same are hereby TERMINATED as parties in this case.

  Dated at Milwaukee, Wisconsin, this  24th  day of December, 2003.

        BY THE COURT:


         s/ J. P. Stadtmueller
        J. P. Stadtmueller
        U.S. District Judge

---

[1] Defendant Gordon Johnson was terminated as a party in this case on September 24, 2003. Defendant Mike Kujawa was terminated as a party in this case on June 26, 2003. Vickie D. Meyer was terminated as a party in this case on August 26, 2003.