UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DIRECTV, INC.,

    Plaintiff,

    v.

Case No. 03-C-0478

ANTHONY CORALLINI,

    Defendant.

## DEFAULT JUDGMENT

THIS MATTER came before the Court on Plaintiff DIRECTV, Inc.'s ("DIRECTV") Motion for Entry of Default Judgment Against Defendant Anthony Corallini in the amount of $10,000.00 as statutory damages and $1,100.35 as reasonable attorneys' fees and costs.

The Court considered the record and pleadings filed in this action, including the affidavit of plaintiff's counsel in support of its motion and the proof of service on file. Based on the motion, brief, affidavits of counsel and the pleadings in this case, the Court finds:

1. Defendant Anthony Corallini is not an infant or incompetent person or in military service or otherwise excepted under the Servicemembers Civil Relief Act of 2003 (f/k/a the Soldiers' and Sailors' Civil Relief Act of 1940).

2. Defendant Anthony Corallini purchased and used illegally modified DIRECTV access cards and other devices ("Pirate Access Devices") that are designed to permit the viewing of DIRECTV's television programming without authorization by or payment to DIRECTV.

3. Defendant Anthony Corallini purchased one Pirate Access Device from Shutt, Inc.

4. Defendant Anthony Corallini placed the order for a Pirate Access Device by using interstate or foreign wire facilities and received his order via the United States Postal Service or commercial mail carriers.

5. Defendant Anthony Corallini's illegal purchase included a printed circuit board device called an "Unlooper."

6. Plaintiff is entitled to the amount of $10,000.00 as statutory damages and $1,100.35 as reasonable attorneys' fees and costs.

7. Defendant Anthony Corallini has been declared in default by the Clerk's Entry of Default on December 20, 2004.

Based on the above findings, a Default Judgment is ORDERED and entered as follows:

Plaintiff DIRECTV is awarded judgment against defendant Anthony Corallini in the amount of $10,000.00 as statutory damages plus $1,100.35 as reasonable attorneys' fees and costs. Interest on the judgment in the amount of 3.33% per annum shall accrue from the date of entry of this order as per 28 U.S.C. § 1961.[1]

**Plaintiff DIRECTV is further entitled to injunctive relief as outlined below.** Defendant Anthony Corallini, and any persons or entities controlled directly or indirectly by him, are hereby permanently enjoined and restrained from:

(a) receiving or assisting others in receiving DIRECTV's satellite transmissions of television programming without authorization by and payment to DIRECTV;

(b) designing, manufacturing, assembling, modifying, importing, exporting, possessing, offering to the public, trafficking, distributing, selling, or using any devices or equipment (including, by way of example, loaders, bootloaders, unloopers, emulators, programmers, reader/writers, or software or components therefor) designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming;

(c) advertising the sale of any devices or equipment (including, by way of example, loaders, bootloaders, unloopers, emulators, programmers, reader/writers, or software or components therefor) designed or intended to facilitate the reception and decryption of DIRECTV's satellite transmissions of television programming by persons not authorized to receive such programming, and advertising or providing information or technical services in support thereof; or

(d) reverse engineering or attempting to reverse engineer any of DIRECTV's products, services or technologies, including without limitation the encryption and security controls for the DIRECTV satellite system.

This Permanent Injunction shall apply to defendant Anthony Corallini's activities worldwide, and shall apply with the same force and effect to the DIRECTV Latin America satellite system (also known as Galaxy Latin America), and to any other direct broadcast satellite system or related business in which DIRECTV has a financial or other interest, now or in the future.

---

[1] 3.33% is the 1-year constant maturity Treasury yield as of the week ending on May 6, 2005 (the most current statistical release from the Federal Reserve).

2

The Court shall retain jurisdiction to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this permanent injunction.

Dated this  23rd  day of May, 2005.

BY THE COURT:

 s/ J. P. Stadtmueller
J. P. Stadtmueller
United States District Judge

Sofron Nedilsky
Clerk of Court

By:   s/ Patricia K. Blackburn
    Deputy Clerk

MN03-478 default judgment.wpd